844

No. 157. Seinfel et al. v. Hennenlotter, Trustee. October 13, 1930. Petition for writ of certiorari to the Supreme Court of New York denied. Mr. Harold R. Medina for petitioners. Mr. Matt Goldstein for respondent.

No. 158. Clay v. Mobile & Ohio R. Co. October 13, 1930. Petition for writ of certiorari to the Supreme Court of Mississippi denied. Mr. Marion W. Reily for petitioner. Mr. Carl Fox for respondent.

No. 162. Salisbury Transportation Co. v. Stark Electric R. Co. October 13, 1930. Petition for writ of certiorari to the Supreme Court of Ohio denied. Messrs. John W. Guider, Frank J. Hogan, and Sidney L. Geiger for petitioner. No appearance for respondent.

No. 163. Whitebird et al. v. Eagle-Picher Lead Co. et al. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. Mr. C. B. Ames for petitioners. Messrs. Atlee Pomerene, V. E. Thompson, and A. C. Wallace for respondents.

No. 164. Czarnikow-Rionda Co. v. United States. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. Messrs. Frank Roberson and Garrard Glenn for petitioner. Solicitor General Thacher and Mr. J. Frank Staley for the United States.